

**Kent A. Yalowitz**
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

June 17, 2019

**VIA ECF AND EMAIL**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *Pharo Gaia Fund Ltd. et al. v. Bolivarian Republic of Venezuela*,
            Case No. 19-cv-3123 (AT) [rel. 18-cv-11940]

Dear Judge Torres:

    This firm represents Defendant, the Bolivarian Republic of Venezuela ("the Republic"), in the above-referenced action.

    We write to respectfully request a two-day extension of time—to and including June 21, 2019—within which to submit our joint pre-conference letter. The additional time is needed for counsel to take instruction from our client.

    The requested extension of time will not delay the Republic's submission of its Answer, which is due June 21, 2019.

    Plaintiffs have consented to this request.

                              Respectfully yours,

                                Kent A. Yalowitz

CC: Counsel for Plaintiffs via ECF