```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/27/2019__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHARO GAIA FUND LTD. and PHARO MACRO FUND LTD.,

        Plaintiffs,

-against-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

        Defendant.

19 Civ. 3123 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' letters dated June 26 and June 27, 2019, ECF Nos. 19–20, it is hereby ORDERED that by **July 3, 2019**, the parties shall file simultaneous letter briefs, no longer than five single-spaced pages, addressing the relief that each party seeks—i.e., whether the Court should adopt Plaintiff's proposal to immediately move for summary judgment or Defendant's proposal that Plaintiff's motion for summary judgment be deferred until Defendant files, and the Court resolves, its motion to stay or dismiss. Along with their letter briefs, the parties shall also file a report on the status of the cases currently pending against Defendant.

    SO ORDERED.

Dated: June 27, 2019
       New York, New York

                              ANALISA TORRES
                            United States District Judge