# EXHIBIT 1

| | Report on Cases Currently Pending against Venezuela and PDVSA | | | | | |
|---|---|---|---|---|---|---|
| | **Case Caption** | **Date Filed** | **Presiding Judge** | **Nature of Suit** | **Approximate Amount Sought in Complaint** | **Current Status** |
| 1 | *Lovati, et al. v. Bolivarian Republic of Venezuela*, 19-cv-04793-ALC (S.D.N.Y.) | 5/23/2019 | Andrew L. Carter, Jr. | Breach of contract on Venezuela bonds due 2023 | $14 million | On June 11, 2019, Judge Carter authorized Plaintiffs to serve Venezuela at an embassy in New York or Washington, DC. Venezuela has not yet appeared. |
| 2 | *Lovati, et al. v. Bolivarian Republic of Venezuela*, 19-cv-04796-ALC (S.D.N.Y.) | 5/23/2019 | Andrew L. Carter, Jr. | Breach of contract on Venezuela bonds due 2027 | $9 million | On June 11, 2019, Judge Carter authorized Plaintiffs to serve Venezuela at an embassy in New York or Washington, DC. Venezuela has not yet appeared. |
| 3 | *Lovati, et al. v. Petroleos De Venezuela, S.A.*, 19-cv-04799-ALC (S.D.N.Y.) | 5/23/2019 | Andrew L. Carter, Jr. | Breach of contract on PDVSA bonds | $11 million | A summons was electronically issued on May 24, 2019. PDVSA has not yet appeared. |
| 4 | *ConocoPhillips Petrozuata B.V., et al. v. Bolivarian Republic of Venezuela*, 1:19-cv-00683-CJN (D.D.C.) | 3/11/2019 | Carl J. Nichols | Petition to confirm arbitral award | $8.8 billion | A summons was electronically issued on March 12, 2019. Venezuela has not yet appeared. |
| 5 | *Dresser-Rand Company v. Petroleos De Venezuela, S.A., et al.*, 19-cv-02689-LLS (S.D.N.Y.) | 2/26/2019 | Louis L. Stanton | Breach of contract on PDVSA note agreement | $132 million | Plaintiffs filed for summary judgment in lieu of a complaint in New York state court. After removal, defendants opposed summary judgment and sought relief under Rule 56(d) to allow them to obtain necessary documents in Maduro's possession. On June 25, 2019, the parties requested oral argument on their respective motions. |
| 6 | *Red Tree Investments, LLC v. Petroleos De Venezuela, S.A., et al.*, 19-cv-02519-AJN (S.D.N.Y.) | 2/15/2019 | Alison J. Nathan | Breach of contract on three PDVSA notes | $118 million | Plaintiffs filed for summary judgment in lieu of a complaint in New York state court. After removal, Judge Nathan granted PDVSA's motion for a 120-day stay on May 6, 2019. |

| | Case Caption | Date Filed | Presiding Judge | Nature of Suit | Approximate Amount Sought in Complaint | Current Status |
|---|---|---|---|---|---|---|
| 7 | *Red Tree Investments, LLC v. Petroleos De Venezuela, S.A., et al.*, 19-cv-02523-AJN (S.D.N.Y.) | 2/15/2019 | Alison J. Nathan | Breach of contract on PDVSA credit agreement | $64 million | Plaintiffs filed for summary judgment in lieu of a complaint in New York state court. After removal, Judge Nathan granted PDVSA's motion for a 120-day stay on May 6, 2019. |
| 8 | *OI European Group B.V. v. Bolivarian Republic of Venezuela, et al.*, 19-cv-00290-LPS (D. Del.) | 2/11/2019 | Leonard P. Stark | Enforcement of arbitral award. Plaintiff alleges that PDVSA fraudulently transferred Citgo's assets by directing Citgo's parent company to issue dividends to PDVSA and by directing PDV Holding to pledge a 50.1% ownership stake in Citgo's parent company to secure new PDVSA debt. | $500 million | On March 19, 2019, Venezuela moved to stay the case pending the Third Circuit's decision in the Crystallex appeal, Nos. 18-2797, 18-3124. That motion remains pending. |
| 9 | *Enerset Electric Ltd v. Petroleos De Venezuela, S.A., et al.*, 19-cv-00450 (S.D. Tex.) | 2/8/2019 | Ewing Werlein, Jr. | Breach of contracts for materials and equipment | $5 million | Plaintiff initiated Hague Convention service on March 19, 2019. Defendants have not yet appeared. |
| 10 | *Pharo Gaia Fund Ltd. and Pharo Macro Fund Ltd. v. Bolivarian Republic of Venezuela*, 19-cv-3123-AT (S.D.N.Y.) | 1/11/2019 | Analisa Torres | Breach of contract on Venezuela bonds due 2018 and 2019 | $26 million | Case management briefing |
| 11 | *Valores Mundiales, S.L., et al. v. Bolivarian Republic of Venezuela*, 19-cv-00046-KBJ (D.D.C.) | 1/8/2019 | Ketanji Brown Jackson | Petition to confirm arbitral award | $520 million | Plaintiffs attempted service through the State Deptartment on May 8, 2019. Venezuela has not yet appeared. |
| 12 | *Brokwel Management Inc. v. Bolivarian Republic of Venezuela*, CL-2018-833, England and Whales High Court of Justice (QB) | 12/21/2018 | Sir Nigel John Martin Teare | Breach of contract on Venezuela bonds due 2018 | $21 million | The parties agreed to stay the case through September 11, 2019. |
| 13 | *Casa Express Trust Corp, as Trustee of Casa Express Trust*, 18-cv-11940-AT (S.D.N.Y.) | 12/18/2018 | Analisa Torres | Breach of contract on Venezuela bonds due 2018 | $34 million | Case management briefing |
| 14 | *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela, et al.*, 18-cv-01963-LPS (D. Del.) | 12/12/2018 | Leonard P. Stark | Petition to confirm arbitral award | $42 million | The clerk entered default against Venezuela. Plaintiff filed a motion in support of default judgment on June 24, 2019. |

| | Case Caption | Date Filed | Presiding Judge | Nature of Suit | Approximate Amount Sought in Complaint | Current Status |
|---|---|---|---|---|---|---|
| 15 | *Vestey Group Limited v. Bolivarian Republic of Venezuela*, 18-cv-01456-TFH (D.D.C.) | 6/20/2018 | Thomas F. Hogan | Petition to confirm arbitral award | $102 million | Plaintiff attempted service through the State Deptartment on April 1, 2019.  Venezuela has not yet appeared. |
| 16 | *Tenaris S.A., et al. v. Bolivarian Republic of Venezuela*, 18-cv-01371-CRC (D.D.C.) | 6/8/2018 | Christopher R. Cooper | Petition to confirm arbitral award | $213 million | Plaintiff attempted service through the State Deptartment on April 1, 2019.  Venezuela has not yet appeared. |
| 17 | *Tenaris S.A., et al. v. Bolivarian Republic of Venezuela*, 18-cv-01373-CRC (D.D.C.) | 6/8/2018 | Christopher R. Cooper | Petition to confirm arbitral award | $234 million | Plaintiff attempted service through the State Deptartment on April 1, 2019.  Venezuela has not yet appeared. |
| 18 | *White Beech SNC, LLC v. Petroleos De Venezuela, S.A., et al.*, 18-cv-04148-PGG (S.D.N.Y.) | 5/9/2018 | Paul G. Gardephe | Breach of contract on PDVSA note | $25 million | Plaintiff consented to stay so it could seek further clarification from OFAC whether it may proceed with litigation against PDVSA in light of Executive Order 13850. |
| 19 | *Rusoro Mining Limited v. Bolivarian Republic of Venezuela, et al.*, 18-cv-01458 (S.D. Tex.) | 5/7/2018 | Kenneth M. Hoyt | Enforcement of arbitral award.  Plaintiff alleges that PDVSA fraudulently transferred Citgo's assets by directing Citgo's parent company to issue dividends to PDVSA and by directing PDV Holding to pledge a 50.1% ownership stake in Citgo's parent company to secure new PDVSA debt. | $1.4 billion | Plaintiff initiated Hague Convention service on May 24, 2018.  Defendants have not yet appeared. |
| 20 | *Rusoro Mining Limited v. Bolivarian Republic of Venezuela*, 0657227/2017 (N.Y. Sup. Ct.) | 12/5/2017 | Andrew Borrok | Action to recognize a Canadian court's confirmation of plaintiff's arbitral award against Venezuela | $1.2 billion | On May 29, 2019, the court granted plaintiff more time to serve Venezuela under the Hague Convention.  Venezuela has not yet appeared. |
| 21 | *Koch Minerals SARL, et al. v. Bolivarian Republic of Venezuela*, 17-cv-02559-DAR (D.D.C.) | 11/28/2017 | Deborah A. Robinson | Petition to confirm arbitral award | $409 million | The clerk entered default against Venezuela.  A hearing on plaintiff's default judgment motion is scheduled for Aug. 6, 2019. |

| | Case Caption | Date Filed | Presiding Judge | Nature of Suit | Approximate Amount Sought in Complaint | Current Status |
|---|---|---|---|---|---|---|
| 22 | *Crystallex International Corp. v. Bolivarian Republic of Venezuela, et al.*, 17-mc-00151-LPS (D. Del.) | 6/19/2017 | Leonard P. Stark | Enforcement of arbitral award. Plaintiff seeks to attach PDVSA's shares of PDV Holding Inc., which indirectly owns Citgo. | Attachment of shares to satisfy $1.2 billion arbitral award | The district court has granted an order of attachment. Execution has been stayed pending appeal. The Third Circuit heard oral argument on April 15, 2019, Nos. 18-2797, 18-3124. Prior to argument, Venezuela moved for a 120-day stay. The Third Circuit has not acted on the motion. |
| 23 | *ConocoPhillips Petrozuata B.V., et al. v. Petroleos de Venezuela S.A., et al.*, 17-cv-00028-LPS (D. Del.) | 1/10/2017 | Leonard P. Stark | Enforcement of arbitral award. Plaintiff alleges that PDVSA pledged 49.9% of the equity in Citgo's parent company to secure a loan from Rosneft Trading S.A., in violation of Delaware's fraudulent transfer statute. | $1.5 billion | Stayed pending the Third Circuit's decision in the Crystallex appeal, Nos. 18-2797, 18-3124. The appeal was argued on April 15, 2019. |
| 24 | *Crystallex International Corp. v. PDV Holding, Inc., et al.*, 16-cv-01007-LPS (D. Del.) | 10/28/2016 | Leonard P. Stark | Enforcement of arbitral award. Plaintiff alleges that PDV Holding fraudulently pledged 50.1% of its shares in Citgo's parent company to secure new PDVSA debt. | Unspecified | Stayed pending the Third Circuit's decision in the Crystallex appeal, Nos. 18-2797, 18-3124. The appeal was argued on April 15, 2019. |
| 25 | *Rusoro Mining Limited v. Bolivarian Republic of Venezuela, et al.*, 16-cv-02020-RJL (D.D.C.) | 10/10/2016 | Richard J. Leon | Petition to confirm arbitral award | $1.2 billion | The district court confirmed the award on March 1, 2018. The award was later set aside in part by a French court. Venezuela's appeal, No. 18-7044, has been stayed pending the French court proceeding. |

| | Case Caption | Date Filed | Presiding Judge | Nature of Suit | Approximate Amount Sought in Complaint | Current Status |
|---|---|---|---|---|---|---|
| 26 | *ConocoPhillips Petrozuata B.V., et al. v. Petroleos de Venezuela S.A., et al.*, 16-cv-00904-LPS (D. Del.) | 10/6/2016 | Leonard P. Stark | Enforcement of arbitral award. Plaintiff alleges that PDVSA fraudulently transferred assets by directing Citgo's parent company to issue dividends to PDVSA and by directing PDV Holding to pledge a 50.1% ownership stake in Citgo's parent company to secure new PDVSA debt. | $2.8 billion | Stayed pending the Third Circuit's decision in the Crystallex appeal, Nos. 18-2797, 18-3124. The appeal was argued on April 15, 2019. |
| 27 | *OI European Group B.V. v. Bolivarian Republic of Venezuela*, 16-cv-01533-ABJ (D.D.C.) | 7/27/2016 | Amy Berman Jackson | Petition to confirm arbitral award | $400 million | The district court entered judgment for plaintiff on May 21, 2019 after denying Venezuela's motion for a 120-day stay. |
| 28 | *Crystallex International Corp. v. PDV Holding Inc., et al.*, 15-cv-01082-LPS (D. Del.) | 11/23/2015 | Leonard P. Stark | Enforcement of arbitral award. Plaintiff alleges that PDVSA fraudulently transferred assets by directing Citgo's parent company to issue dividends to PDVSA. | $2.8 billion | Stayed pending the Third Circuit's decision in the Crystallex appeal, Nos. 18-2797, 18-3124. The appeal was argued on April 15, 2019. |
| 29 | *Comparelli, et al. v. Republica Bolivariana De Venezuela, et al.*, 14-cv-24414-KMW (S.D. Fla.) | 11/19/2014 | Kathleen M. Williams | Expropriation of assets in violation of 28 U.S.C. §1605(a)(3) | Unspecified | Defendants filed motions to dismiss plaintiffs' second amended complaint in October 2018. On May 9, 2019, the district court granted defendants' motion to stay the case due to current events in Venezuela and ordered the parties to file a status report in 120 days. |
| 30 | *Devengoechea v. Bolivarian Republic of Venezuela*, 12-cv-23743-PCH (S.D. Fla.) | 10/15/2012 | Paul C. Huck | Breach of contract. Plaintiff alleges that Venezuela failed to pay for his collection of artifacts relating to General Simon Bolivar. | Several million dollars | Trial had been scheduled for April 2019. In February 2019, the plaintiff moved to stay proceedings while he pursued an OFAC license to facilitate settlement. The court granted the motion and later administratively closed the case. |

| | Case Caption | Date Filed | Presiding Judge | Nature of Suit | Approximate Amount Sought in Complaint | Current Status |
|---|---|---|---|---|---|---|
| 31 | *Helmerich & Payne International Drilling Co.. v. Bolivarian Republic of Venezuela, et al.* , 11-cv-01735-CRC (D.D.C.) | 9/23/2011 | Christopher R. Cooper | Breach of service contracts and expropriation of assets in violation of international law | $32 million on the breach of contract claims. Unspecified for the expropriation claim. | Stayed on May 20, 2019 on plaintiff's motion. Defendants' motion to dismiss is pending. |