**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHARO GAIA FUND, LTD. and PHARO MACRO FUND, LTD., <br><br>    Plaintiffs, <br><br> v. <br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br>    Defendant. | Case No. 19-cv-3123 (AT) <br>Related to 18-cv-11940 (AT) |
| CASA EXPRESS CORP, as Trustee of CASA EXPRESS TRUST, <br><br>    Plaintiff, <br><br> v. <br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br>    Defendant. | Case No. 18-cv-11940 (AT) <br>Related to 19-cv-3123 (AT) |

**NOTICE OF CONSOLIDATED MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying consolidated Memorandum of Law, dated December 5, 2019, the accompanying Declarations of Jeffrey Hanlon and Luis Edgardo Gamardo Medina, and the Joint Declaration of Matthew D. McGill and Jeremy L. Wallison, all dated December 5, 2019, Plaintiffs Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., and Casa Express Corp, as Trustee of Casa Express Trust, by and through their undersigned counsel, make a consolidated motion to this Court before the Honorable Analisa Torres, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an order granting summary judgment on all of Plaintiffs' claims in favor of Plaintiffs pursuant to Federal Rule of Civil Procedure 56, and for such further relief as the Court deems just, necessary, and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with the July 8, 2019 Scheduling Order entered in these actions (19-cv-3123, ECF No. 26; 18-cv-11940, ECF No. 46), Defendant's opposition is to be filed along with any cross-motion for a stay by January 16, 2020, Plaintiffs' consolidated reply in support of their motion for summary judgment is to be filed and served along with their opposition to Defendant's cross-motion for a stay by February 6, 2020, and Defendant's reply in support of its cross-motion for a stay is to be filed by February 27, 2020.

Dated:  December 5, 2019                                                 Respectfully submitted,

*/s/ Jeremy L. Wallison*                                                            */s/ Matthew D. McGill*
Jeremy L. Wallison, Esq.                                                   Matthew D. McGill
jw@wallisonllp.com                                                             MMcGill@gibsondunn.com
20 East 69th Street, Suite 5A                                            1050 Connecticut Avenue, N.W.
New York, NY  10021                                                         Washington, DC  20036
(212) 292-1011                                                                       (202) 887-3680

*Counsel for Casa Express Corp.,*                                Anne M. Champion
*as Trustee of Casa Express Trust*                              AChampion@gibsondunn.com
                                                                                              200 Park Avenue
                                                                                              New York, NY  10166
                                                                                              (212) 351-4000

                                                                                              *Counsel for Plaintiffs Pharo Gaia*
                                                                                              *Fund, Ltd. and Pharo Macro Fund,*
                                                                                              *Ltd.*