# EXHIBIT J

CONFIDENTIAL

CasaExpressTrust00109

# Jefferies

800 727 0544

Jefferies LLC | Wealth Management | 520 Madison Avenue, New York, NY 10022

## Brokerage
### Account Statement

REDACTED

CASA EXPRESS TRUST
UAD 08/23/18
CASA EXPRESS CORP TTEE
FBO LUIS GAMARDO MEDINA
60 EDGEWATER DR APT 3F
CORAL GABLES FL 33133-6971

REDACTED



October 1, 2019 - October 31, 2019
Account Number: REDACTED

**Your Investment Professional:**
ARIEL RIVERO
(786) 747-3747

REDAC

### Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| **BEGINNING ACCOUNT VALUE** | $3,119,112.97 | $6,702,985.97 |
| **Net Change in Portfolio[1]** | -108,806.25 | -3,692,679.25 |
| **ENDING ACCOUNT VALUE** | $3,010,306.72 | $3,010,306.72 |
| Total Purchasing Power | $0.47 | |

[1] Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.

### Table of Contents

| Section | Page | Section | Page |
|---|---|---|---|
| Asset Summary | 1 | Portfolio Holdings Disclosures | 4 |
| Your Account Information | 1 | FDIC Insured Bank Deposits | 5 |
| Client Service Information | 2 | Messages | 6 |
| Purchasing Power Summary | 2 | Important Information and Disclosures | 6 |
| Portfolio Holdings | 3 | | |

**The Bank Deposits in your account are FDIC insured bank deposits.**
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.

### Asset Summary

| Percent | Asset Type | Last Period | This Period |
|---|---|---|---|
| 1% | Cash, Money Funds, and Bank Deposits | 0.47 | 0.47 |
| 99% | Fixed Income | 3,119,112.50 | 3,010,306.25 |
| **100%** | **Account Total** | **$3,119,112.97** | **$3,010,306.72** |

Please review your allocation periodically with your Investment Professional.

### Your Account Information

**INVESTMENT OBJECTIVE**
Investment Objective: REDACTED

REDACTED

 Go paperless
ASK ABOUT E-DELIVERY

 Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**CONFIDENTIAL**

CasaExpressTrust00110

## Your Account Information *(continued)*

Risk Exposure:       HIGH RISK

Please review your investment objective. If you wish to make a change or have any questions please contact your Investment Professional.

### TAX LOT DEFAULT DISPOSITION METHOD

Default Method for Mutual Funds:                              Average Cost (Using First In First Out)
Default Method for Stocks in a Dividend Reinvestment Plan:    First In First Out
Default Method for all Other Securities:                      First In First Out

### BOND AMORTIZATION ELECTIONS

Amortize premium on taxable bonds based on Constant Yield Method:  Yes
Accrual market discount method for all other bond types:          Constant Yield Method
Include market discount in income annually:                       No

### ELECTRONIC DELIVERY

Your electronic delivery selections for account communications are listed below:

**Electronic Delivery**

| Enrollment | Communication |
|---|---|
| X | Statements and Reports |
| X | Trade Confirmations |
| X | Tax Documents |
| X | Notifications |
| X | Prospectus |
| X | Proxy/Shareholder Communications |

You have not enrolled any of the above documents for electronic delivery. Please log in to your account or contact your Investment Professional to make any changes to your electronic delivery preferences.

## Client Service Information

| Your Investment Professional: PJY | Contact Information | Client Service Information |
|---|---|---|
| ARIEL RIVERO<br>1450 BRICKELL AVENUE, SUITE 1710<br>MIAMI       FL 33131-3452 | Telephone Number: (786) 747-3747 | Client Service Telephone Number: (800) 727-0544<br>Web Site: WWW.JEFFERIES.COM |

## Purchasing Power Summary

Cash, Money Market Funds and Bank Deposits Available                    0.47
**Total Purchasing Power**                                           **$0.47**

You may be able to borrow against the value of your brokerage account assets to buy additional securities or for other purposes. For more information, please call your Investment Professional.

**Account Number:** REDACTED
REDACTED


Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

REDACTED

CONFIDENTIAL

# Jefferies

800 727 0544

Jefferies LLC | Wealth Management | 520 Madison Avenue, New York, NY 10022

October 1, 2019 - October 31, 2019
CASA EXPRESS TRUST

CasaExpressTrust00111

## Portfolio Holdings

| Opening Date | Quantity | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS, AND BANK DEPOSITS 1.00% of Portfolio** | | | | | | | | | |
| **FDIC Insured Bank Deposits** | | | | | | | | | |
| LIQUID INSURED DEPOSITS | | | | | | | | | |
| 10/01/19 | 0.470 | N/A | 10/31/19 | 0.47 | 0.47 | 0.00 | 0.00 | N/A | N/A |
| **Total FDIC Insured Bank Deposits** | | | | $0.47 | $0.47 | $0.00 | $0.00 | | |
| **TOTAL CASH, MONEY FUNDS, AND BANK DEPOSITS** | | | | $0.47 | $0.47 | $0.00 | $0.00 | | |

REDAC ED

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **FIXED INCOME 99.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | | | | |
| **Sovereign Debt** | | | | | | | | | |
| **1,5REPUBLIC OF VENEZUELA NOTES** | | | Security Identifier: P9395PAA9 | | | | | | |
| REG S ISIN#USP9395PAA95 | | | | | | | | | |
| 13.625% 08/15/18 B/E DTD 09/27/01Moody Rating Caa3 S & P | | | | | | | | | |
| Rating CCC- | | | | | | | | | |
| Please Provide * | 27,170,000.000 | N/A | Please Provide | 10.3750 | 2,818,887.50 | N/A | 0.00 | | |
| | | | Original Cost Basis: Please Provide | | | | | | |
| **1,5VENEZUELA REP GLOBAL BD** | | | Security Identifier: 922646AT1 | | | | | | |
| ISIN#US922646AT10 13.625% 08/15/18 B/E | | | | | | | | | |
| DTD 08/06/98 Moody Rating WR S & P Rating D | | | | | | | | | |
| Please Provide * | 1,845,000.000 | N/A | Please Provide | 10.3750 | 191,418.75 | N/A | 0.00 | | |
| | | | Original Cost Basis: Please Provide | | | | | | |
| **Total Sovereign Debt** | | | $0.00 | | $3,010,306.25 | $0.00 | $0.00 | $0.00 | |
| | 29,015,000.000 | | | | | | | | |
| **TOTAL FIXED INCOME** | | | $0.00 | | $3,010,306.25 | $0.00 | $0.00 | $0.00 | |
| | 29,015,000.000 | | | | | | | | |

| | Cost Basis | Market Value | Unrealized Gain/loss | Accrued Interest |
|---|---|---|---|---|
| **Total Portfolio Holdings** | $0.47 | $3,010,306.72 | $0.00 | $0.00 |

*Noncovered under the cost basis rules as defined below.*

Account Number: REDACTED
REDACTED


Go paperless
ASK ABOUT E-DELIVERY


Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**CONFIDENTIAL**

CasaExpressTrust00112

## Portfolio Holdings *(continued)*

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were identified as securities potentially subject to the cost basis reporting rules and may be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099B, the cost basis will not be reported to the IRS.

Cost Basis on fixed income securities may be adjusted for amortization, accretion, original issue discount adjustments, or principal paydowns. The calculation is based upon the taxpayer election, type of fixed income security, and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these attributes is changed, there may be a temporary incorrect adjusted cost basis reflected until the cost basis system is amended to reflect this change. These calculations will not be performed under certain circumstances, including those involving foreign bonds, bonds sold short or bonds issued with less than one year to maturity. This information is meant as a general guide and you should consult your tax advisor in the preparation of your tax returns.

[1] *This bond is maturing.*

[5] *Unrealized gains and losses are not reported for securities for which cost basis or market value is not available.*

## Portfolio Holdings Disclosures

### Pricing

This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked "N/A" and are omitted from the Total.
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE STATEMENT DATE.

### Estimated Annual Figures

The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to www.pershing.com/disclosures for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

### Reinvestment

The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your statement may have been reinvested. You will not receive confirmation of these reinvestments. Upon written request to your financial institution, information pertaining to these transactions, including the time of execution and the name of the person from whom your security was purchased, may be obtained. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow.

### Option Disclosure

Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Account Number: REDACTED
REDAC ED

**Go paperless**
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)    REDACTED
Pershing LLC, member FINRA, NYSE, SIPC

# Jefferies

800 727 0544
Jefferies LLC | Wealth Management | 520 Madison Avenue, New York, NY 10022

**CONFIDENTIAL**

CasaExpressTrust00113

October 1, 2019 - October 31, 2019
CASA EXPRESS TRUST

## Portfolio Holdings Disclosures *(continued)*

### Foreign Currency Transactions
Pershing will execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

### Proxy Vote
Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

REDACTED

### Ratings
This statement may contain credit rating information obtained from Standard & Poor's. Reproducing and distributing any information received from Standard & Poor's is not permitted without prior written authorization from Standard & Poor's. Standard & Poor's does not guarantee the accuracy, completeness, timeliness or availability of any information. Standard & Poor's is not responsible for any errors or omissions, regardless of the cause, or for the results of using such content. Standard & Poor's makes no express or implied warranties including warranties of merchantability or fitness for a particular purpose. Standard & Poor's shall not be legally responsible for any fees, costs, expenses or losses in connection with the use of their content. Credit ratings are opinions and not statements of facts; are not recommendations to purchase, hold or sell securities; and do not address suitability for investment purpose. Credit ratings should not be relied upon as investment advice.

## FDIC Insured Bank Deposits

| Date | Activity Type | Description | Amount | Balance |
|------|---------------|-------------|--------|---------|
| **Sweep FDIC Insured Bank Deposits** | | | | |
| **LIQUID INSURED DEPOSITS** | | | | |
| Activity Ending: 10/31/19 | | | | |
| 10/01/19 | Opening Balance | | 0.47 | 0.47 |
| | | LANDMARK BANK | | |
| | | A/O 10/16   $.47 | | |
| 10/31/19 | **Closing Balance** | | | $0.47 |
| **Total FDIC Insured Bank Deposits** | | | | **$0.47** |

The FDIC Insured Bank Deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). The Bank Deposits at each bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 for each category of legal ownership including individual retirement accounts and certain other self directed retirement accounts. Please review this in connection with other deposits you may have at each respective bank.

Account Number: REDACTED
REDACTED



Go paperless
ASK ABOUT E-DELIVERY



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

CONFIDENTIAL

CasaExpressTrust00114

## Messages

FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC)-INSURED BANK DEPOSITS ARE NOT PROTECTED BY SECURITIES INVESTOR PROTECTION CORPORATION (SIPC). YOU MAY VIEW CURRENT MONEY MARKET FUND RATES BY VISITING WWW.PERSHING.COM AND SELECTING THE LINK AT THE BOTTOM OF THE PAGE TITLED "MONEY MARKET MUTUAL FUND & FDIC-INSURED DEPOSITS PROGRAM RATES & BANK LISTS". PLEASE NOTE THAT WE MAY NOT OFFER ALL OF THE MONEY MARKET FUNDS LISTED ON THE PERSHING WEBSITE.

Although a money market mutual fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money market mutual fund. Shares of a money market mutual fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money market mutual fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information. Pursuant to SEC Rule 10b-10(b)(1) confirmations are not sent for purchases into money market mutual funds processed on the sweep platform.

There may be costs associated with the investments in the account such as brokerage commissions, mutual fund sales loads or other expenses, which you should discuss with your Account Executive. Fees for optional services may also apply. Go to www.jefferies.com/feeschedule for a current schedule of our fees.

## Important Information and Disclosures

### The Role of Pershing

- Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. Pershing may accept from your financial institution without inquiry or investigation (i) orders for the purchase and sale of securities and other property and (ii) any other instructions concerning your account. Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.
- Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.
- Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.
- Inquiries concerning the positions and balances in your account may be directed to the Pershing Customer Service Department at (201) 413-3333. All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.
- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.
- Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/about/strength-and-stability.
- This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly, but no later than ten days after receipt of this statement, to your financial organization and Pershing. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.
- Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.** Errors and Omissions excepted.

### Important Arbitration Disclosures

- All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.
- Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.
- The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.
- The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.

REDACTED



Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

REDACTED

# Jefferies

800 727 0544

Jefferies LLC | Wealth Management | 520 Madison Avenue, New York, NY 10022

CONFIDENTIAL

CasaExpressTrust00115

October 1, 2019 - October 31, 2019
CASA EXPRESS TRUST

## Important Information and Disclosures (continued)

**Important Arbitration Disclosures** (continued)

- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.
- The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this agreement.

**Important Arbitration Agreement**

Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action, who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until; (I) the class certification is denied; (II) the class is decertified; or (III) the client is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein. The laws of the State of New York govern.

Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**

REDACTED

**Account Number:** REDACTED
REDACTED



Go paperless
ASK ABOUT E-DELIVERY



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

