# EXHIBIT K

Prime Finance



## Trade Date Holdings

| Client | PHARO MANAGEMENT LLC | | Business Date | 12-Sep-19 |
|---|---|---|---|---|
| Base CCY | USD | | Creation Date | 13-Sep-19 |
| | | | Creation Time | 01 57 AM EDT |

### REPO FINANCING  (Cont'd)

| Position Type | Counterparty | Identifier ISIN | Description | Original Face Current Face | Price (Local) Price (Base) | Principal(Local) Principal(Base) | Accrued Int (Local) Accrued Int (Base) | Market Value (Local) | Market Value (Base) |
|---|---|---|---|---|---|---|---|---|---|
| PHARO GAIA FUND LTD ███████████████████████ | | | | | | | | | |
| USD / US DOLLAR - (FX Rate  1.00000000)  (Cont'd) | | | | | | | | | |
| ██████ | | | | ████ | | | ████ | ████ | ████ |
| ████ | ████ | ████ ████ | ██████████ | ████ ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ ████ | ██████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ ████ | ██████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | Citigroup | P97475AN0 USP97475AN08 | VENEZUELA GOVERNMENT NTERNATIONAL BOND REG S 7.75% M | 114,000,000.00 114,000,000.00 | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ ████ | ██████████ | ████ ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ ████ | ██████████ | ████ ████ | ████ | ████ | ████ | ████ | ████ |
| Total for USD | | | | | | ████ | ████ | ████ | ████ |
| ████████████████████ | | | | | | | | | |
| ████ | ████ | ████ ████ | ██████████ | ████ ████ | ████ | ████ | ████ | ████ | ████ |

This report is for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor.  The information contained herein has been obtained from or is based upon sources considered to be reliable; however, no representation is made by Citigroup or any of its affiliates as to the accuracy or completeness of any such statements.

## Prime Finance



| | | **Trade Date Holdings** | | | | |
|---|---|---|---|---|---|---|
| **Client** PHARO MANAGEMENT LLC | | | | **Business Date** | 12-Sep-19 | |
| **Base CCY** USD | | | | **Creation Date** | 13-Sep-19 | |
| | | | | **Creation Time** | 01 57 AM EDT | |

### REPO FINANCING (Cont'd)

| Position Type | Counterparty | Identifier ISIN | Description | Original Face Current Face | Price (Local) Price (Base) | Principal(Local) Principal(Base) | Accrued Int (Local) Accrued Int (Base) | Market Value (Local) | Market Value (Base) |
|---|---|---|---|---|---|---|---|---|---|
| **PHARO MACRO FUND LTD** ▮▮▮▮▮ | | | | | | | | | |
| **USD / US DOLLAR - (FX Rate 1.00000000) (Cont'd)** | | | | | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | Citigroup | P9395PAA9 USP9395PAA95 | VENEZUELA GOVERNMENT NTERNATIONAL BOND REG S 13.625% | 1,500,000.00 1,500,000.00 | ▮ | ▮ | ▮ | ▮ | ▮ |

This report is for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor. The information contained herein has been obtained from or is based upon sources considered to be reliable; however, no representation is made by Citigroup or any of its affiliates as to the accuracy or completeness of any such statements.

PHARO-000033

Prime Finance



## Trade Date Holdings

| Client | PHARO MANAGEMENT LLC | | Business Date | 12-Sep-19 |
|---|---|---|---|---|
| Base CCY | USD | | Creation Date | 13-Sep-19 |
| | | | Creation Time | 01 57 AM EDT |

### REPO FINANCING (Cont'd)

| Position Type | Counterparty | Identifier ISIN | Description | Original Face Current Face | Price (Local) Price (Base) | Principal(Local) Principal(Base) | Accrued Int (Local) Accrued Int (Base) | Market Value (Local) | Market Value (Base) |
|---|---|---|---|---|---|---|---|---|---|
| PHARO MACRO FUND LTD ███████ | | | | | | | | | |
| USD / US DOLLAR - (FX Rate 1.00000000) (Cont'd) | | | | | | | | | |
| ███ | ███ | ███ | ████████ | ███ | ██ | ██ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████████ | ███ | ██ | ██ | ███ | ███ | ███ |
| ███ | Citigroup | P97475AN0 USP97475AN08 | VENEZUELA GOVERNMENT NTERNATIONAL BOND REG S 7.75% M | 180,500,000.00 180,500,000.00 | ██ | ██ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████████ | ███ | ██ | ██ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████████ | ███ | ██ | ██ | ███ | ███ | ███ |
| ██ | ███ | ███ | ████████ | ███ | ██ | ██ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████████ | ███ | ██ | ██ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████████ | ███ | ██ | ██ | ███ | ███ | ███ |
| ████████ | | ███ | | ███ | | ██ | ███ | ███ | ███ |
| ███ | ███ | ███ | ████████ | ███ | ██ | ██ | ███ | ███ | ███ |

*This report is for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor. The information contained herein has been obtained from or is based upon sources considered to be reliable; however, no representation is made by Citigroup or any of its affiliates as to the accuracy or completeness of any such statements.*

PHARO-000034