# GIBSON DUNN

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/7/2020__
```

Fax: +1 202.530.9662
MMcGill@gibsondunn.com

October 7, 2020

VIA ELECTRONIC MAIL

Hon. Analisa Torres
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Pharo Gaia Fund Ltd. v. Bolivarian Republic of Venezuela*, No. 19 Civ. 3123 (AT)

Dear Judge Torres:

    Plaintiffs Pharo Gaia Fund, Ltd. and Pharo Macro Fund, Ltd. submit this letter in response to the Court's September 30, 2020 Order requiring Plaintiffs to submit a proposed judgment by October 7, 2020. The day after the Court's Order, counsel for Defendant the Bolivarian Republic of Venezuela ("Venezuela") submitted a letter to Plaintiffs requesting that Plaintiffs include certain conditions in their proposed judgment. In a good-faith attempt to accommodate Venezuela's request, Plaintiffs have been in active discussions with Venezuela since then about the terms of the proposed judgment. In order to facilitate those discussions, Plaintiffs respectfully request that the Court extend the deadline for the filing of their proposed judgment until October 9, 2020. The parties have made no previous extension requests. Venezuela consents to this request.

Respectfully submitted,

/s/ Matthew D. McGill
Matthew D. McGill

cc:  Counsel of Record

GRANTED. By **October 9, 2020**, Plaintiffs Pharo Gaia Fund, Ltd. and Pharo Macro Fund, Ltd shall submit a proposed judgment consistent with the Court's September 30, 2020 order, ECF No. 56.

SO ORDERED.

Dated: October 7, 2020
New York, New York

ANALISA TORRES
United States District Judge

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.