**WILMERHALE**

October 11, 2021

**By ECF and Email**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2021

David W. Bowker
+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

Re: *Altana Credit Opportunities Fund SPC et al. v. Bolivarian Republic of Venezuela*, No. 1:20-cv-8402-AT [rel. 1:19-cv-3123-AT]
Request for Extension of the Court's Deadline for Motion for Default Judgment

Dear Judge Torres:

On behalf of our clients—Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman (collectively, "Plaintiffs")—I respectfully submit this letter requesting an extension of the Court's deadline for Plaintiffs' forthcoming motion for default judgment, from October 22, 2021, to November 15, 2021.

This past Friday, the Court waived the default judgment procedures contained in Attachment A of the Court's Individual Practices in Civil Cases, as Plaintiffs requested, and then further directed Plaintiffs to file their default judgment papers by October 22, 2021. Dkt. 44. Plaintiffs are diligently preparing their default judgment submission. But due to the press of business, including numerous deadlines in other matters around the same time, Plaintiffs respectfully request that the Court extend the deadline to November 15, 2021.

Sincerely,

/s/ David W. Bowker
David W. Bowker

GRANTED. By **November 15, 2021**, Plaintiffs shall submit their motion for default judgment.

SO ORDERED.

Dated: October 12, 2021
New York, New York

ANALISA TORRES
United States District Judge