```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHARO GAIA FUND LTD. and PHARO MACRO FUND LTD.,

                Plaintiffs,

-against-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

                Defendant.

19 Civ. 3123 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties' proposed protective order. ECF Nos. 83 and 84. The proposed protective order states that "All Confidential Material that is filed with any court and any pleadings, motions, exhibits, or other papers filed with any court referencing or containing Confidential Material shall be filed under seal to the extent of such Confidential Material, unless Plaintiffs are otherwise advised by [REDACTED] in writing, and kept under seal until further order of the Court." *Id.* ¶ 8. The Court's individual rules require parties to follow certain procedures when requesting approval for redacted or sealed filings. *See* Individual Practices in Civil Cases Rule IV.A.

    Accordingly, by **May 10, 2022**, the parties shall file a revised proposed protective order that specifies that "Any party seeking to file redacted or entire documents under seal must obtain prior Court approval in accordance with Rule IV.A of this Court's Individual Practices in Civil Cases. The parties shall meet and confer in an effort to minimize the redaction or sealing request prior to submitting their request to the Court."

    SO ORDERED.

Dated: May 5, 2022
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge